**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| JAMES SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00284-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| AXONICS, INC., MICHAEL H. CARREL, | ) | JURY TRIAL DEMANDED |
| RAYMOND W. COHEN, DAVID M. | ) | |
| DEMSKI, JANE E. KIERNAN, ESTEBAN | ) | |
| LÓPEZ, ROBERT E. MCNAMARA, and | ) | |
| NANCY L. SNYDERMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  April 17, 2024                                    **LONG LAW, LLC**

                                                By:    */s/ Brian D. Long*
                                                          Brian D. Long (#4347)
                                                          3828 Kennett Pike, Suite 208
                                                          Wilmington, DE 19807
                                                          Telephone: (302) 729-9100
                                                          Email: BDLong@longlawde.com

                                                          *Attorneys for Plaintiff*